# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130953

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PAUL JOSEPH HELMKA,
      Defendant-Appellant.

SC: 130953
COA: 267828
Shiawassee CC: 03-000346-FC

_____/

      On order of the Court, the application for leave to appeal the February 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

t0724